UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTIN BEN ZVI, DDS, ALINA LUKASHEVSKY, DDS, AND ADAM MERRIAM, DDS, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>DELTA DENTAL OF NEW YORK INC.<br><br>                Defendant. | Case No. 1: 20-cv-5628-VM<br><br>**CORPORATE OWNERSHIP STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Delta Dental of New York, by and through its undersigned attorneys, hereby states that: (i) its parent is Dentegra Group, Inc., and (ii) no publicly held corporation owns 10% or more of its stock.

Dated: November 16, 2020

Respectfully submitted,

By:   */s/ William J. Foley*

William J. Foley

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

51 West 52nd Street
New York, NY 10019
Tel: (212) 506-5000
Email: wfoley@orrick.com

*Attorneys for Defendant Delta Dental of New York*