STAYED,CLOSED,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:20−cv−05628−VM

Ben Zvi et al v. Delta Dental of New York Inc.
Assigned to: Judge Victor Marrero
Cause: 15:1 Antitrust Litigation (Monopolizing Trade)

Date Filed: 07/21/2020
Date Terminated: 02/03/2021
Jury Demand: None
Nature of Suit: 410 Anti−Trust
Jurisdiction: Federal Question

**Plaintiff**

**DDS Justin Ben Zvi**
*individually and on behalf of all others*
*similarly situated*

represented by **Gregory Alan Frank**
Frank LLP
305 Broadway
Ste 700
New York, NY 10007
212−682−1853
Fax: 212−682−1892
Email: GFRANK@FRANKLLP.COM
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DDS Alina Lukashevsky**
*individually and on behalf of all others*
*similarly situated*

represented by **Gregory Alan Frank**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DDS Adam Merriam**
*individually and on behalf of all others*
*similarly situated*

represented by **Gregory Alan Frank**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Delta Dental of New York Inc.**

represented by **William J. Foley**
Orrick, Herrington & Sutcliffe LLP (NYC)
51 West 52nd Street
New York, NY 10019
212−506−5000
Fax: 212−506−5151
Email: wfoley@orrick.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/21/2020 | Ï 1 | COMPLAINT against Delta Dental of New York Inc.. (Filing Fee $ 400.00, Receipt Number ANYSDC−20777703)Document filed by Justin Ben Zvi, Adam Merriam, Alina Lukashevsky..(Frank, Gregory) (Entered: 07/21/2020) |

| 07/21/2020 | Ï 2 | CIVIL COVER SHEET filed..(Frank, Gregory) (Entered: 07/21/2020) |
|---|---|---|
| 07/22/2020 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Lewis A. Kaplan. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(pne) (Entered: 07/22/2020) |
| 07/22/2020 | Ï | Magistrate Judge Debra C. Freeman is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (pne) (Entered: 07/22/2020) |
| 07/22/2020 | Ï | Case Designated ECF. (pne) (Entered: 07/22/2020) |
| 10/04/2020 | Ï 3 | NOTICE OF CHANGE OF ADDRESS by Gregory Alan Frank on behalf of Justin Ben Zvi, Alina Lukashevsky, Adam Merriam. New Address: Frank LLP, 305 Broadway, Ste. 700, New York CIty, NY, United States 10007, 12126821853..(Frank, Gregory) (Entered: 10/04/2020) |
| 10/19/2020 | Ï 4 | REQUEST FOR ISSUANCE OF SUMMONS as to Delta Dental of New York Inc., re: 1 Complaint. Document filed by Justin Ben Zvi, Alina Lukashevsky, Adam Merriam..(Frank, Gregory) (Entered: 10/19/2020) |
| 10/20/2020 | Ï 5 | ELECTRONIC SUMMONS ISSUED as to Delta Dental of New York Inc...(jgo) (Entered: 10/20/2020) |
| 10/21/2020 | Ï 6 | AFFIDAVIT OF SERVICE of Summons and Complaint. Delta Dental of New York Inc. served on 10/21/2020, answer due 11/12/2020. Service was accepted by Nancy Dougherty, Authorized Agent at NYS Dep't of State. Document filed by Justin Ben Zvi; Adam Merriam; Alina Lukashevsky..(Frank, Gregory) (Entered: 10/21/2020) |
| 11/04/2020 | Ï 7 | NOTICE OF APPEARANCE by William J. Foley on behalf of Delta Dental of New York Inc...(Foley, William) (Entered: 11/04/2020) |
| 11/04/2020 | Ï 8 | LETTER MOTION for Extension of Time to File Answer *and a stay of the proceedings pending the JPML's decision* addressed to Judge Lewis A. Kaplan from William J. Foley dated 11/4/2020. Document filed by Delta Dental of New York Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3).(Foley, William) (Entered: 11/04/2020) |
| 11/04/2020 | Ï 9 | **FILING ERROR – CORPORATE PARENT/OTHER AFFILIATE NOT ADDED –** RULE 7.1 CORPORATE DISCLOSURE STATEMENT.. Document filed by Delta Dental of New York Inc...(Foley, William) Modified on 11/16/2020 (ldi). (Entered: 11/04/2020) |
| 11/05/2020 | Ï | NOTICE OF CASE REASSIGNMENT to Judge Victor Marrero. Judge Lewis A. Kaplan is no longer assigned to the case..(wb) (Entered: 11/05/2020) |
| 11/06/2020 | Ï 10 | LETTER addressed to Judge Victor Marrero from William J. Foley dated 11/6/2020 re: previous letter filed by Delta Dental of New York Inc.. Document filed by Delta Dental of New York Inc...(Foley, William) (Entered: 11/06/2020) |
| 11/09/2020 | Ï 11 | ORDER granting 8 Letter Motion for Extension of Time to Answer. T he case is hereby stayed pending the forthcoming decision by the Judicial Panel on Multidistrict Litigation as to whether this case will be transferred to a multidistrict litigation pending in the Northern District of Illinois. So Ordered. (Signed by Judge Victor Marrero on 11/9/2020) (js) (Entered: 11/09/2020) |
| 11/09/2020 | Ï | Case Stayed (js) (Entered: 11/09/2020) |

| 11/16/2020 | Ï | ***NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Notice to Attorney William J. Foley to RE–FILE Document 9 Rule 7.1 Corporate Disclosure Statement. ERROR(S): Corporate Parents/Other affiliates were not added. Please re–file this document and when prompted: Are there any corporate parents or other affiliates?, select the YES radio button and enter the Corporate Parent(s) or Affiliate(s). (ldi) (Entered: 11/16/2020) |
|---|---|---|
| 11/16/2020 | Ï 12 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Dentegra Group, Inc. for Delta Dental of New York Inc.. Document filed by Delta Dental of New York Inc...(Foley, William) (Entered: 11/16/2020) |
| 02/03/2021 | Ï 13 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER OUT ORDER FROM THE MDL PANEL...transferring this action from the U.S.D.C. – S.D.N.Y to the United States District Court – Northern District of Illinois. (Signed by MDL Panel on 2/3/2021) (sjo) (Entered: 02/03/2021) |
| 02/03/2021 | Ï | MDL TRANSFER OUT ELECTRONICALLY: to the United States District Court – Northern District of Illinois. (sjo) (Entered: 02/03/2021) |